```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

ERIC DAVIS                                                PETITIONER

VS.                         CIVIL ACTION NO. 1:13-cv-484(DCB)(MTP)

HUBERT DAVIS                                              RESPONDENT

<u>ORDER</u>

This cause is before the Court on the petitioner Eric Davis's motion for Certificate of Appealability **(docket entry 29)**. Inasmuch as a Certificate of Appealability has already been denied (docket entry 26), and the petitioner does not offer grounds for reconsideration of the denial, his motion shall be denied. The petitioner is reminded that he may seek a Certificate of Appealability from the Fifth Circuit Court of Appeals.

Accordingly,

IT IS HEREBY ORDERED that the petitioner Eric Davis's motion for Certificate of Appealability is DENIED.

SO ORDERED. this the 21st day of January, 2015.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE